UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO VELASQUEZ,<br>Plaintiff,<br>-v-<br>JOEY ROSES LLC d/b/a JOEY ROSES et al.,<br>Defendants. | 26-CV-3482 (JMF)<br><br>ORDER |

JESSE M. FURMAN, United States District Judge:

On **June 12, 2026**, Defendants were served with the Complaint, and proof of service was filed with the Court. *See* ECF Nos. 9,10. To date, Defendants have failed to appear in this action. No later than **July 14, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendants or if he has any other reason to believe that Defendants have actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: July 7, 2026
New York, New York

JESSE M. FURMAN
United States District Judge