UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

RICARDO VELASQUEZ,

Plaintiff,

-v-

JOEY ROSES LLC d/b/a JOEY ROSES et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-3482 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's August 18, 2026 Order, ECF No. 18, Plaintiff was required to file a status letter, the contents of which are described therein, no later than 30 days from the date of that Order. To date, Plaintiff has not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 25, 2026**. Failure to file the letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

SO ORDERED.

Dated: September 20, 2026
New York, New York

JESSE M. FURMAN
United States District Judge